**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00091-01-CR-W-DGK |
| | ) | |
| CURTIS J. WILLINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 3, 2026, the Grand Jury returned a one-count Superseding Indictment charging Defendant Curtis J. Willingham with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: James Kirkpatrick and Jessica L. Jennings
Case Agent: Detective Zach Storms, KCPD
Defense: Defendant Willingham is *pro se*
Standby Counsel: Robert Glen Kuchar

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: Objections to the Report & Recommendation dated September 15, 2025 (Doc. #78) are due on September 29, 2026.

| | | |
|---|---|---|
| 05/19/2026 | view36 | Pro Se Motion to Suppress Evidence by Curtis J Willingham. Suggestions in opposition/response due by 6/2/2026 unless otherwise directed by the court. (Attachments: # 1 Envelope)(KRK) (Entered: 05/20/2026) |
| 05/19/2026 | view38 | Pro Se Motion to Dismiss for Lack of Probable Cause by Curtis J Willingham. Suggestions in opposition/response due by 6/2/2026 unless otherwise directed by the court. (Attachments: # 1 Envelope) (KRK) (Entered: 05/20/2026) |

| | | |
|---|---|---|
| 05/19/2026 | view41 | Pro Se Motion for Dismissal for Lack of Jurisdiction by Curtis J Willingham. Suggestions in opposition/response due by 6/2/2026 unless otherwise directed by the court. (Attachments: # 1 Envelope)(KRK) (Entered: 05/20/2026) |
| 07/07/2026 | view54 | MOTION to Dismiss Indictment by Curtis J Willingham. Suggestions in opposition/response due by 7/21/2026 unless otherwise directed by the court. (Attachments: # 1 Envelope)(KRK) (Entered: 07/08/2026) |
| 07/16/2026 | view63 | REPORT AND RECOMMENDATION as to Curtis J Willingham re 38 Motion to Dismiss for Lack of Probable Cause, 41 Motion for Dismissal for Lack of Jurisdiction, and 54 Motion to Dismiss the Indictment for Lack of Constitutional Authority Under the Interstate Commerce Clause. Objections to R&R due by 7/30/2026. Signed on 7/16/2026 by Magistrate Judge Lajuana M. Counts. (SLB) Modified on 7/16/2026 to reflect copy of order mailed to Curtis J Willingham 33394-045 Bates County Jail 6 W Fort Scott St Butler, MO 64730(JPC). (Entered: 07/16/2026) |
| 07/17/2026 | view70 | PRO SE MOTION for order for Amended Legal Basis for Relief and Argument v. Legal Basis for Relief by Curtis J Willingham. Suggestions in opposition/response due by 8/7/2026 unless otherwise directed by the court. (Attachments: # 1 memo in support)(TRC). **Defendant hand delivered this to the Court on 7/17/26 but also advised he mailed it. As this was not received via US Mail, it is being filed this date.** (Entered: 07/24/2026) |
| 09/15/2026 | view78 | REPORT AND RECOMMENDATION as to Curtis J Willingham re 36 Motion to Suppress Evidence Based on the Fruit of the Poisonous Tree Doctrine. Objections to R&R due by 9/29/2026. Signed on 9/15/2026 by Magistrate Judge Lajuana M. Counts. (SLB) Modified on 9/15/2026 to reflect copy of notice mailed to Curtis J Willingham 33394-045 Bates County Jail 6 W Fort Scott St Butler, MO 64730 (JPC). (Entered: 09/15/2026) |

**TRIAL WITNESSES**:

Government: 6 with stipulations; 8 without stipulations
Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**

Government: approximately 30 exhibits; 25 with stipulations
Defendant: approximately 40 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
Government's case including jury selection: 2 days
Defendant: 1 day

**STIPULATIONS**: None.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #32):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2026.

Normal jury panel: **Yes**

**Please note:** The Government requests the first week as a witness is unavailable for the entirety of the second week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge