**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26-CR-00091-01-DGK |
| | ) | |
| CURTIS J. WILLINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

Now before the Court is United States Magistrate Judge Lajuana Counts' Report and Recommendation (ECF No. 63) that the Court deny Defendant's *pro se* motions to dismiss for lack of: (1) probable cause (ECF No. 38); (2) jurisdiction (ECF No. 41); and (3) constitutional authority (ECF No. 54). Neither party filed an objection to the Report and Recommendation.

After reviewing Judge Counts' Report and Recommendation (ECF No. 63) and conducting an independent, de novo review of the record and applicable law, including Defendant's motions to dismiss (ECF Nos. 38, 41, 54) and the Government's suggestions in opposition (ECF Nos. 44, 45, 53), the Court ADOPTS the Report and Recommendation (ECF No. 63) in its entirety and DENIES Defendant's motions to dismiss (ECF Nos. 38, 41, 54).

**IT IS SO ORDERED.**

Date: September 29, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT