**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26-CR-00091-01-DGK |
| | ) | |
| CURTIS J. WILLINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS**

Now before the Court is Defendant's *pro se* Motion to Suppress (ECF No. 36) and United States Magistrate Judge Lajuana Counts' Report and Recommendation that the motion be denied (ECF No. 78). Neither party filed an objection to the Report and Recommendation.

After reviewing Judge Counts' Report and Recommendation (ECF No. 78) and conducting an independent, de novo review of the record and applicable law, including Defendant's motion to suppress (ECF No. 36) and the Government's suggestions in opposition (ECF No. 48), the Court ADOPTS the Report and Recommendation (ECF No. 78) in its entirety and DENIES Defendant's motion to suppress (ECF No. 36).

**IT IS SO ORDERED.**

Date: October 2, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT